UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CODY HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 1:24-cv-01284-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Doc. 10 |

    Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    Plaintiff filed the instant action on October 22, 2024. Doc. 1. On December 9, 2024, the assigned magistrate judge screened plaintiff's complaint, found no cognizable claims, and granted plaintiff thirty days to file an amended complaint. Doc. 7. Plaintiff failed to file an amended complaint or otherwise respond to the December 9, 2024 order. On January 21, 2025, the Court issued an order for plaintiff to show cause why the action should not be dismissed. Doc. 8. Plaintiff failed to respond to the order to show cause.

    On February 14, 2025, the assigned magistrate judge issued findings and recommendations recommending dismissal of the action for failure to state a cognizable claim for

1

1 | relief, failure to prosecute, and failure to obey a court order.[1]  Doc. 10.  The findings and
2 | recommendations were served on plaintiff at his address of record and contained notice that any
3 | objections thereto were to be filed within fourteen days after service.  *Id.* at 11.  Plaintiff has not
4 | filed objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on February 14, 2025, Doc. 10, are ADOPTED IN FULL;
2. This matter is DISMISSED without prejudice for failure to state a cognizable claim for relief, failure to prosecute, and failure to obey a court order; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   March 24, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] The mail was returned by the U.S. Postal Office with a notation, "Undeliverable, Not in Custody" on February 28, 2025.